IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-471

| | |
|---|---|
| C.Y. AND S.Y., Individually and as Guardian of their Minor Child, C.A.Y., ) ) ) Plaintiffs, ) ) vs. ) ) SAMPSON COUNTY BOARD OF EDUCTION; ) JAMIE KING, in his Official Capacity as ) Superintendent; MELANIE SMITH, in her ) Official Capacity as Principal and Individually; ) PAM WESTBROOK, in her Official Capacity as ) Assistant Principal and Individually; SHANNON ) WILLIAMS, in her Official Capacity as School ) Counselor and Individually; and CATHERINE ) RUIZ, in her Official Capacity as Teacher and ) Individually, ) ) Defendants, ) | **ORDER** |

After careful consideration of the parties' memorandums in support and opposition to the motion, the court DENIES Defendant's Motion for Attorney Fees [DE 25] filed November 14, 2024.

SO ORDERED. This the 31 day of ~~January~~ March, 2025

JAMES C. DEVER III
United States District Judge