UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| C.Y., S.Y., C.A.Y., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| vs. | ) | **CASE NO. 7:24-CV-471-D** |
| | ) | |
| SAMPSON COUNTY BOARD OF | ) | |
| EDUCATION, JAMIE KING, MELANIE | ) | |
| SMITH, PAM WESTBROOK, | ) | |
| SHANNON WILLIAMS, CATHERINE | ) | |
| RUIZ, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES Defendants'
Motion for Attorney Fees [DE 25] filed November 14, 2024.

This Judgment filed and entered on March 31, 2025, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

March 31, 2025                            Peter A. Moore, Jr.
                                         Clerk of Court


                                         By: /s/ Stephanie Mann
                                         Deputy Clerk